UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | No.   2:15-CV-0074-SMJ<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Joint Motion for Entry of Protective Order, ECF No. 14.   Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

//

//

//

//

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**: The parties' Joint Motion for Entry of Protective Order, **ECF No. 14**, is **GRANTED**.

1. Pursuant to Federal Rule of Civil Procedure 26(c), the Court adopts and enters the parties' Protective Order, **ECF No. 14-1**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of November 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Peterson v. Kelly Services, Inc.-0074\ord.stip.protective.lc1.docx

ORDER **-** 2