# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LAURIE PETERSON, an individual,

    *Plaintiff*

v.      Civil Action No. 2:15-CV-0074-SMJ

KELLY SERVICES, INC., a Delaware Corporation,

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Salvador Mendoza, Jr. presiding, and the jury has rendered a verdict for Defendant.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: October 20, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Debbie Brasel
*(By) Deputy Clerk*

Debbie Brasel